**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile:   (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Defendant Mr. Montero

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           )<br>     Plaintiff, )<br>           )<br>v.         )<br>           )<br>**JOE ANTHONY MONTERO**, )<br>           )<br>     Defendant. )<br>           ) | Case No. 08mj0432-02<br><br>**NOTICE OF APPEARANCE** |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the above-captioned case.

      Respectfully submitted,

Dated: February 20, 2008
      s/ *Michelle Betancourt*
      **MICHELLE BETANCOURT**
      Federal Defenders of San Diego, Inc.
      Attorneys for Defendant
      michelle_betancourt@fd.org