1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org
5

6 Attorneys for Mr. Montero

7

8             UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  Case No. 08mj0432-02
                                    )
12          Plaintiff,               )
                                    )
13 v.                                )  PROOF OF SERVICE
                                    )
14 **JOE ANTHONY MONTERO,**          )
                                    )
15          Defendant.               )
                                    )
16

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

18 best of her information and belief, and that a copy of the foregoing document has been served via

19 CM/ECF this day upon:

20     United States Attorney
       efile.dkt.gc2@usdoj.gov
21

22 Dated: February 20, 2008                     s/ Michelle Betancourt
                                                MICHELLE BETANCOURT
23                                              Federal Defenders
                                                225 Broadway, Suite 900
24                                              San Diego, CA 92101-5030
                                                (619) 234-8467 (tel)
25                                              (619) 687-2666 (fax)
                                                e-mail: michelle_betancourt@fd.org
26

27

28