NED LYNCH--CA ST. BAR NO. 149680
Attorney At Law
110 West C Street, Suite 1407
San Diego, CA 92101
Telephone: 619-525-0081

Attorney for the Material Witnesses

**United States District Court**

**Southern District of California**

(Hon. William McCurine, Jr.)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0548DMS(WMC) |
| Plaintiff, ) | **Declaration Of Attorney Ned Lynch In Support Of The Material Witnesses' Motion For Videotape Depositions And Their Release From Custody** |
| v. ) | |
| JOSE ROSARIO URQUIZA-CABERA, and ) JOSE ANTONY MONTERO, ) | Date: March 20, 2008 |
| Defendant(s). ) | Time: 9:30 a.m. |
| | Judge: William McCurine, Jr. |
| | Room: C |

I, Ned Lynch, declare:

1. I am an attorney licensed to practice law in the State of California and before the United States District Court for the Southern District of California.

2. On February 19, 2008 I was appointed to represent three material witnesses in this case, including Adrian Maqueda-Ramirez and Rodrigo Zamora-Peralta [the "Material Witnesses"] in the case noted above. As a material witness attorney one of my primary responsibilities is to help arrange for the release of the material witnesses from custody as soon as possible. They are being held in custody by the U.S. Marshal, with an additional detention hold on them by U.S. immigration authorities. To that end, I promptly conducted interviews with the Material Witnesses to explain why they were being held and under what conditions they could be released. In most alien smuggling cases such as this one the material witnesses are released by having a personal surety post a court approved appearance bond of $5,000, and for the surety

1   or family of the witness to also satisfy any other release conditions that are imposed by U.S. immigration
2   authorities. The same circumstances are true for this case.

3       3.    As of the date of filing this motion the Material Witnesses do not know anyone who legally
4   resides in the United States who is willing and able to post a court bond for them. The Material Witnesses,
5   my interpreter, and I have all attempted to locate sureties, but to no avail. Therefore, the Material Witnesses
6   are essentially being held in custody without bail, and they will continue to be held indefinitely unless their
7   videotape depositions are taken and they are released from custody. By the time this motion is heard the
8   Material Witnesses will be in custody 5 weeks (since February 13, 2008).

9       4.    The Material Witnesses informed me their detention is imposing an emotional, mental, and
10  economic hardship on them. They have not been charged with any crime, or had any serious legal trouble
11  before. Both men have young children and a wife who rely on him for support. Thus, the lengthy and
12  indefinite nature of the Material Witnesses' detentions are causing them and their families a lot of stress,
13  anxiety, worry, and economic hardship.

14      5.    I am not aware of any reason in this case why the testimony of the Material Witnesses can
15  not adequately be secured by deposition, nor aware of any reason why they should not be released once those
16  depositions are concluded.

17      6.    The Material Witnesses are willing to testify about what they know about this case.
18  However, there are only a few facts relevant to this case which the witnesses are competent to testify about--
19  facts that are material and not cumulative to the proposed testimony of the other material witnesses in this
20  case. Specifically, these witness can testify about: (a) their citizenship, (b) who might have transported the
21  witnesses, and (c) whether the witnesses agreed to pay anyone.

22      I declare under penalty of perjury under the laws of the United States the above is true and correct
23  to the best of my knowledge.

24

25  Dated: March 6, 2008        s/Ned Lynch
                                 Ned Lynch, Attorney for the Material Witnesses
26                                   E-mail: nedlynch@aol.com

27

28

U.S. v. Jose Rosario Urquiza-Cabera, et al., Case No. 09CR0548DMS
Declaration of Attorney Ned Lynch Supporting Mat Wit Videotaped Depositions        Page 2 of 2