NED LYNCH--CA ST. BAR NO. 149680
Attorney At Law
110 West C Street, Suite 1407
San Diego, CA 92101
Telephone: 619-525-0081

Attorney for the Material Witness(es)

**United States District Court**
**Southern District of California**
(Hon. William McCurine)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0548DMS(WMC) |
| Plaintiff, ) | **Certificate of Service by ECF** |
| v. ) | |
| JOSE ROSARIO URQUIZA-CABERA, and ) JOSE ANTHONY MONTERO, ) | |
| Defendants. ) | |

I, Ned Lynch, declare that at the time of the service of the document(s) noted below, I was at least 18 years of age and not a party to the lawsuit noted above. My business address is 110 West C Street, Suite 1407, San Diego, CA 92101. On March 6, 2008 I served the document(s) noted below by ECF to the person(s) at the e-mail addressed listed by the ECF system for the Southern District of California.

**Document(s) Served**

1. Notice of Motion and Motion to Take the Videotaped Deposition of Material Witness and Thereafter Release Him From Custody

2. Points and authorities supporting that motion

3. Declaration of Attorney Ned Lynch supporting that motion

**Served On**

| | | |
|---|---|---|
| Office of the U.S. Attorney (served via ECF) | Attorney Michael Burke (served via ECF) | Attorney Michelle Betancourt (served via ECF) |

I declare under penalty of perjury under the laws of the United States that the above is true and accurate.

Dated: March 6, 2008                                s/Ned Lynch
                                                    Ned Lynch

1