FILED
08 MAR 24 PM 1:46
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## United States District Court

### Southern District of California

(Hon. William McCurine, Jr.)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JOSE ROSARIO URQUIZA-CABERA, and JOSE ANTHONY MONTERO, <br> Defendants. | Criminal Case No. 08CR00548DMS(WMC) <br><br> **Order Modifying Bond Conditions Of Two Material Witnesses** |

### Recitals

Adrian Maqueda-Ramirez and Miguel Reyes-De Jesus are being detained as material witnesses pursuant to 18 USC § 3144. On February 22, 2008 they were arraigned and bail was set at: $5,000 personal surety bond for each, with a 10% percent cash deposit. The court also ordered that Mr. Ramirez and Mr. Reyes legally remain in the U.S. if released on bond, and follow PTS supervision as a condition for their release. The parties agreed in court on March 20, 2008, with the court's concurrence, the bail conditions may be modified to release these material witnesses on their own recognizance, provided they are able to provide the court with a valid place of residence.

### Order

**It Is Ordered** the bond conditions for Adrian Maqueda-Ramirez and Miguel Reyes-De Jesus are modified to permit their release on their own recognizance, provided they provide the court with a valid place of residence. All other previous conditions of their release will remain the same.

Dated: 3/24/08

_____
U.S. Magistrate Judge