UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED
2008 APR -1 P 2:15

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08CR0548-DMS |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | |
| ) | RELEASING MATERIAL WITNESS |
| Jose Rosario Urquijo-Cabrera ) | |
| ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge,   **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person ~~heretofore committed to the custody of the United States Marshal as a material witness be released from custody.~~   (Bond Posted / Case Disposed /(Order of Court).)

Miguel Reyes De Jesus be remanded into the custody of the U.S. Marshal Service

DATED: 4/1/08

**William McCurine, Jr.**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
          DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
Deputy Clerk