UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> Jose Rosario Urquiza-Cabera ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08CR0548-DMS <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 03393298 |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the ~~following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:~~   (Bond Posted / Case Disposed /(Order of Court).)

Material Witness Adrian Maqueda-Ramirez is to be remanded into the custody of the U.S. Marshal

DATED: 3·28·08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                  DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
      Deputy Clerk