*Per Agent Otero Issued in error*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08CR0548-DMS |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| Jose Rosario Urquiza-Cabeza ) | |
| ) | Booking No. 03393298 |
| Defendant(s) ) | |

RECEIVED MAR 28 P 4:12

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the ~~following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody.~~ (Bond Posted / Case Disposed / (Order of Court))

Material witness Rodrigo Zamora-Peralta is to be remanded into the custody of the U.S. Marshal

07298-298 / A88383748

DATED: 3-28-08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk