RECEIVED

2008 APR 04 PM 12:

U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,               )
                                        )
            Plaintiff                   )     CRIMINAL NO. _08CR0548-DMS_
                                        )
                                        )              ORDER
    vs.                                 )
                                        )     RELEASING MATERIAL WITNESS
Jose Rasario Urequiza-Cabera            )
                        et al           )
            Defendant(s)                )     Booking No.
                                        )
_____   )

        On order of the United States District/Magistrate Judge   **William McCurine, Jr.**

    IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody: (Bond Posted) Case Disposed / Order of Court).

        Adrian Maqueda - Ramirez

    DATED: __4/04/08__


                                        **William McCurine, Jr.**
                                        _____
                                        UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____          OR
                    **DUSM**

                                        W. SAMUEL HAMRICK, JR.   Clerk
                                        by _____
                                                    Deputy Clerk

☆ U.S. GPO: 2003-581-774/70082