**MICHELLE BETANCOURT**
California State Bar No. 215035
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: michelle_betancourt@fd.org

Attorneys for Joe Anthony Montero

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOE ANTHONY MONTERO,<br><br>    Defendant. | Case No. 08CR0548-DMS<br><br>DATE: April 18, 2008<br>TIME: 11:00 a.m.<br><br><u>NOTICE OF MOTIONS AND MOTIONS TO:</u><br><br>(1) COMPEL DISCOVERY/PRESERVE EVIDENCE;<br>(2) RELEASE GRAND JURY TRANSCRIPTS;<br>(3) COMPEL THE GOVERNMENT TO PROVIDE A BILL OF PARTICULARS;<br>(4) SUPPRESS STATEMENTS;<br>(5) SUPPRESS ALL EVIDENCE SEIZED IN VIOLATION OF THE FOURTH AMENDMENT; AND<br>(6) GRANT LEAVE TO FILE FURTHER MOTIONS. |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
   STEWART M. YOUNG, ASSISTANT UNITED STATES ATTORNEY:

   PLEASE TAKE NOTICE that on April 18, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, defendant, Joe Anthony Montero, by and through his attorneys, Michelle Betancourt and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

///

///

**MOTIONS**

Defendant, Joe Anthony Montero, by and through his attorneys, Michelle Betancourt and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1)     Compel Discovery/preserve Evidence;

(2)     Release Grand Jury Transcripts;

(3)     Compel the Government to Provide a Bill of Particulars;

(4)     Suppress Statements;

(5)     Suppress All Evidence Seized in Violation of the Fourth Amendment; and

(6)     Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: April 4, 2008              */s/ Michelle Betancourt*
                                  **MICHELLE BETANCOURT**
                                  Federal Defenders of San Diego, Inc.
                                  Attorneys for Mr. Montero
                                  Michelle_Betancourt@fd.org