NED LYNCH--CA ST. BAR NO. 149680
Attorney At Law
110 West C Street, Suite 1407
San Diego, CA 92101
Telephone: 619-525-0081

Attorney for the Material Witness(es)

**United States District Court**
**Southern District of California**
(Hon. Dana M. Sabraw)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0548DMS(WMC) |
| Plaintiff, | **Certificate of Service by ECF** |
| v. | |
| JOSE ROSARIO URQUIZA-CABERA, and JOSE ANTHONY MONTERO, | |
| Defendants. | |

I, Ned Lynch, declare that at the time of the service of the document(s) noted below, I was at least 18 years of age and not a party to the lawsuit noted above. My business address is 110 West C Street, Suite 1407, San Diego, CA 92101. On April 25, 2008 I served the document(s) noted below by ECF to the person(s) at the e-mail addressed listed by the ECF system for the Southern District of California.

**Document(s) Served**

1.    Joint Motion To Release A Material Witness

**Served On**

| Office of the U.S. Attorney | Attorney Michael Burke | Attorney Michelle Betancourt |
| (served via ECF) | (served via ECF) | (served via ECF) |

I declare under penalty of perjury under the laws of the United States that the above is true and accurate.

Dated: April 25, 2008                                       s/Ned Lynch
                                                            Ned Lynch

1