UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>           )<br>   Plaintiff  )<br>           )<br>           )<br>  vs.       )<br>           )<br> Jose Rosario Urquiza-Cabrera )<br>                    et al )<br>           )<br>   Defendant(s)  )<br>_____ ) | CRIMINAL NO. 08 CR 0548-DMS<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 03393298 |

On order of the United States District/Magistrate Judge, Dana M. Sabraw

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Adrian Maqueda-Ramirez

DATED: 6/13/08

RECEIVED _____
             DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by  /s/ J. Klosterman
         Deputy Clerk