UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Jose Rosario Urquiza-Cabrera )<br>et al )<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08 CR 0548-DMS<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 03393298 |

On order of the United States District/~~Magistrate~~ Judge, Dana M. Sabraw

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / **Case Disposed** / Order of Court).

Miguel Reyes-De Jesus

DATED: 6/13/08

RECEIVED _____
DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by   J. Klosterman
      Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062