# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff )<br>  )<br>vs. )<br>  )<br>Jose Rosario Urquiza-Cabrera )<br>  et al )<br>  )<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08 CR 0548-DMS<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 03393298 |

On order of the United States District/~~Magistrate~~ Judge, **Dana M. Sabraw**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

**Rodrigo Zamora-Peralta**

DATED: 6/13/08

RECEIVED _____
        DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by  *J Klosterman*
       Deputy Clerk